# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132969 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 132969
COA: 273565
Oakland CC: 2001-179537-FH

PIOTR BARTOLOMEIJ POZYCZKA,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

t0416